NICHOLAS CADY (OSB No. 113463)
nick@cascwild.org
Cascadia Wildlands
P.O. Box 10455
Eugene, OR 97440
(541) 434.1463

DANIEL R. KRUSE (OSB No. 064023)
dkruse@cldc.org
Attorney at Law
101 East Broadway, Suite 230
Eugene, OR 97401
(541) 870.0605
(541) 345.3373 (Fax)

TANYA M. SANERIB (OSB No. 025526)
tsanerib@biologicaldiversity.org
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
(971) 717.6407
(503) 296.5454 (Fax)

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| **CASCADIA WILDLANDS, THE CENTER FOR BIOLOGICAL DIVERSITY**, and **AUDUBON SOCIETY OF PORTLAND,**<br><br>                    Plaintiffs,<br><br>v.<br><br>**ROSEBURG FOREST PRODUCTS** and **SCOTT TIMBER COMPANY**<br><br>                    Defendants. | Case No.: 3:12-cv-01710-AA<br><br>**PROOF OF SERVICE OF SUMMONS ON DEFENDANT ROSEBURG FOREST PRODUCTS COMPANY** |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:16-CV-01701-AA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Roseburg Forest Products Company
was received by me on *(date)* 8/26/16 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Paul Martin Daley , who is
designated by law to accept service of process on behalf of *(name of organization)* Roseburg
Forest Products Company on *(date)* 9/2/16 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ —   for travel and $ —   for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/6/16

Server's signature

Daniel Kruse, Attorney
Printed name and title

101 E. Broadway, suite 230, Eugene
Oregon, 97401
Server's address

Additional information regarding attempted service, etc: