**FILED**

UNITED STATES COURT OF APPEALS

NOV 16 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CASCADIA WILDLANDS, THE CENTER FOR BIOLOGICAL DIVERSITY, and AUDOBON SOCIETY OR PORTLAND, Plaintiffs-Appellees, v. SCOTT TIMBER CO., and ROSEBURG FOREST PRODUCTS CO., Defendants-Appellants. | No. 17-35038 D.C. No. 6:16-cv-01710-AA, District of Oregon, Eugene **ORDER** |

Before: PAEZ and BEA, Circuit Judges, and LAMBERTH, District Judge.[*]

The Motion for Leave to File Amicus Curiae Brief of Oregonians In Action Legal Center, Oregon Home Builders Association, Oregon Cattlemen's Association, and Pacific Legal Foundation is GRANTED. The Amicus Curiae brief submitted on March 14, 2017 shall be deemed filed as of the date of this order.

The Motion for Leave to File Amicus Curiae Brief of American Forest Resource Council, California Forestry Association, Oregon Farm Bureau

---

[*] The Honorable Royce C. Lamberth, District Judge for the U.S. District Court for the District of Columbia, sitting by designation.

Federation, Oregon Forest & Industries Council, and Washington Forest Protection Association is GRANTED.  The Amicus Curiae brief submitted on March 14, 2017 shall be deemed filed as of the date of this order.

The Motion for Leave to File Amicus Curiae Brief of Law Professors is GRANTED.  The Amicus Curiae brief submitted on May 15, 2017 shall be deemed filed as of the date of this order.