DANIEL R. KRUSE (OSB 064023)
Daniel R. Kruse, Attorney at Law
101 East Broadway, Suite 130
Eugene, OR 97401
Phone: (541) 687-6788
Fax: (541) 345-3373
Email: dan@speakthelaw.com

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **CASCADIA WILDLANDS, THE CENTER FOR BIOLOGICAL DIVERSITY**, and **AUDUBON SOCIETY OF PORTLAND,**<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>**SCOTT TIMBER CO.** and **ROSEBURG FOREST PRODUCTS CO.,**<br><br>　　　　　　　　　　Defendants. | Case No.: 6:16-CV-01710-AA<br><br>**JOINT RULE 26(f) DISCOVERY PLAN** |

Pursuant to the Court's Scheduling Order, ECF No. 54, the Parties respectfully submit the following Rule 26(f)(3) discovery plan:

- ***FRCP 26(f)(3)(A)*:** The Parties have consented to expedited discovery and an informal dispute resolution process for this case, as outlined in the Parties' Stipulated Scheduling and Case Management Proposal, ECF No. 53 ¶¶ 6-9. Rule 26(a)(1) disclosures shall be exchanged February 19, 2018.

**JOINT RULE 26(f) DISCOVERY PLAN - Page 1 of 4**

- ***FRCP 26(f)(3)(B):*** Unless otherwise agreed by the Parties, documents responsive to written Requests for Production shall be produced at the same time written discovery answers are due to the opposing Party.  Discovery shall be completed by May 4, 2018, excepting special provisions for expert discovery outlined in the Parties' Stipulated Scheduling and Case Management Proposal, ECF No. 53 ¶¶ 8-9.  At this time, anticipated discovery subjects include:
    - *For Defendants:* Facts concerning standing, Plaintiffs' observations and data regarding marbled murrelets, and other facts bearing on the merits of Plaintiffs' claims.
    - *For Plaintiffs:* Facts concerning Defendants' logging plans, post-logging plans, mitigation plans, surveys and related data from WEST, any other survey data on the site.
- ***FRCP 26(f)(3)(C):***  The Parties agree to preserve electronically stored information ("ESI").  ESI shall be produced in PDF format with Optical Character Recognition, unless otherwise agreed.  Appropriate Bates numbering shall be added to each separate PDF page.  At this time, the Parties do not anticipate any issues with disclosure of ESI.
- ***FRCP 26(f)(3)(D):***  The Parties do not foresee any issues with claims of privilege or protection of trial-preparation materials at this time.  The Parties have agreed to produce privilege logs identifying "non-attorney" records that fall within the ambit of Fed. R. Civ. P. 26(b)(3)(A).  The Parties have agreed not to produce privilege logs identifying bona fide attorney-client privileged communications or attorney work product materials such as drafts of litigation documents.

- **FRCP 26(f)(3)(E):** Presently, the Parties do not anticipate changes to the limitations to discovery outlined in the Federal Rules of Civil Procedure. The Parties agree to work in good faith to address any disputes about discovery limitations before bringing such matters to the Court's attention.

- **FRCP 26(f)(3)(F):** No protective orders are needed at this time but, should the need arise, the parties will promptly confer and, if necessary, notify the Court if any disputes arise than cannot be resolved by stipulation. No other changes to the standard trial schedule are contemplated beyond those identified in the Parties' Stipulated Scheduling and Case Management Proposal, ECF No. 53.

Jointly submitted this 19th day of February, 2018.

/s/ Daniel R. Kruse
DANIEL R. KRUSE (OSB 064023)
dan@speakthelaw.com
101 East Broadway, Suite 130
Eugene, OR 97401
(541) 687-6788
(541) 345-3373 (fax)

NICHOLAS S. CADY (OSB 113463)
nick@cascwild.org
Cascadia Wildlands
PO Box 10455
Eugene, Oregon 97455
(541) 434-1463
(541) 434-6494 (fax)

BRIAN P. SEGEE (*pro hac vice*)
bsegee@biologicaldiversity.org
Center for Biological Diversity
P.O. Box 1646
Ojai, CA 93024
(802) 750-8852

DANIEL C. SNYDER (OSB 105127)

/s/ Dominic M. Carollo
DOMINIC M. CAROLLO (OSB 093057)
dcarollo@yockimlaw.com
Yockim Carollo LLP
430 SE Main Street
PO Box 2456
Roseburg, Oregon 97470
(541) 957-5900
(541) 957-5923 (fax)

*For Defendants*

**JOINT RULE 26(f) DISCOVERY PLAN - Page 3 of 4**

dan@tebbuttlaw.com
Law Offices of Charles M. Tebbutt, PC
941 Lawrence St.
Eugene, OR 97401
(541) 344-3505
(541) 344-3516 (fax)

*For Plaintiffs*

**JOINT RULE 26(f) DISCOVERY PLAN - Page 4 of 4**