**Dominic M. Carollo,** OSB No. 093057
Email: dcarollo@yockimlaw.com
Yockim Carollo LLP
430 S.E. Main Street
P.O. Box 2456
Roseburg, Oregon 97470
Phone: (541) 957-5900
Fax: (541) 957-5923

Hon. Ann L. Aiken

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

**CASCADIA WILDLANDS, THE CENTER FOR BIOLOGICAL DIVERSITY**, and **AUDUBON SOCIETY OF PORTLAND**,

Plaintiffs,

v.

**SCOTT TIMBER CO**., **ROSEBURG RESOURCES CO.,** and **RLC INDUSTRIES CO**.,

Defendants.

Case No. 6:16-CV-01710-AA

**DEFENDANTS' PRETRIAL DISCLOSURES**

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, and the Order adopting the stipulated Scheduling and Case Management Order entered February 15, 2018, Defendants, Scott Timber Co., Roseburg Resources, and RLC Industries Co. ("Defendants") respectfully submits to the Court and provides to Plaintiffs these disclosures, consisting of the following information regarding witnesses and the evidence that Defendants may present at trial.

## I. Rule 26(a)(3)(A)(i)-(ii) – Witnesses

The following table contains the name and method of contact for each witness whom Defendants expect to present at trial or may call at trial. The table also includes a designation of witnesses whose testimony Plaintiffs expect to present by means of deposition.

| Person | Expect / May Call | Presented Live or By Deposition | Contact Information |
|---|---|---|---|
| Joel Thompson, M.S. | Expect | Live | Contact through Defendants' counsel |
| Leigh Ann Harrod Starcevich, Ph.D. | Expect | Live | Contact through Defendants' counsel |
| Falk Huettmann, Ph.D. | Expect | Live | Contact through Defendants' counsel |
| John M. Marzluff, Ph.D. | Expect | Live | Contact through Defendants' counsel |
| M. Dale Strickland, Ph.D. | Expect | Live | Contact through Defendants' counsel |
| Scott Folk President Scott Timber Co. | Expect | Live | Contact through Defendants' counsel |
| Dana Kjos Roseburg Resources Co. | Expect | Live | Contact through Defendants' counsel |
| Phil Adams Roseburg Resources Co. | Expect | Live | Contact through Defendants' counsel |
| Gabe Crane Roseburg Resources Co. | May | Live | Contact through Defendants' counsel |
| Tim Truax Roseburg Resources Co. | May | Live | Contact through Defendants' counsel |
| Chris Farm Roseburg Resources Co. | May | Live | Contract through Defendants' counsel |
| Don Persyn Roseburg Resources Co. | May | Live | Contact through Defendants' counsel |
| Troy Rintz Biologist WEST Inc. | May | Live | Contact through Defendants' counsel |

| | | | |
|---|---|---|---|
| Carisa Stansbury<br>Biologist<br>WEST Inc. | May | Live | Contact through<br>Defendants' counsel |
| Miles Penk<br>Field Technician<br>WEST Inc. | May | Live | Contact through<br>Defendants' counsel |
| Nicole Jauregui<br>Field Technician<br>WEST Inc. | May | Live | Contact through<br>Defendants' counsel |
| Emily Halsell<br>Field Technician<br>WEST Inc. | May | Live | Contact through<br>Defendants' counsel |
| Ron Moore<br>Field Technician<br>WEST Inc. | May | Live | Contact through<br>Defendants' counsel |
| Linda Manden<br>Field Technician<br>WEST Inc. | May | Live | Contact through<br>Defendants' counsel |
| Clark McMahon | May | Live | Contact through<br>Plaintiffs' counsel |
| Max Beeken | May | Live | Contact through<br>Plaintiffs' counsel |

Except for the portions of deposition testimony previously filed with the Court in this matter, Defendants do not at this time anticipate offering deposition testimony other than for cross examination and impeachment purposes. However, Defendants reserve the right to supplement these disclosures and designate deposition testimony if it appears necessary based on Plaintiffs' disclosures. Further, because the parties have agreed to consolidate *Daubert* objections with a trial on the merits, Defendants reserve the right to designate and/or offer portions of deposition transcripts for the purposes of *Daubert* objections. Currently, the parties do not possess all the expert deposition transcripts because they are currently being prepared by the court reporter.

/ / /

/ / /

/ / /

## III. Rule 26(a)(3)(A)(iii) – Exhibits

**A.** The following table identifies pre-marked exhibits that have been submitted to the Court in previous filings, or were pre-marked when exchanged with expert disclosures, and which Defendants reserve the right to offer for further use at trial.[1]

| Exhibit No. | Expect/May Offer | Description | Source in Record |
|---|---|---|---|
| Exhibit 101 (open) | | | |
| Exhibit 102 | Expect | Map of Marbled Murrelet Survey Stations in Benson Ridge | Declaration of Joel L. Thompson, Dkt. 18-3 |
| Exhibit 103 | Expect | Map of Marbled Murrelet Survey Stations in Benson Ridge | Declaration of Joel L. Thompson, Dkt. 18-3 |
| Exhibit 104 | Expect | Map of Benson Ridge Showing Detection Locations | Declaration of Joel L. Thompson, Dkt. 18-3 |
| Exhibit 105 | Expect | Map Showing Stand Ages in Elliott State Forest | Declaration of Joel L. Thompson, Dkt. 18-3 |
| Exhibit 106 | May | Original Notice Letter from Plaintiffs, Dated March 13, 2014 | Declaration of Scott Folk, Dkt. 18-2 |
| Exhibit 107 | May | Letter from Cascadia Forest Defenders, Dated March 20, 2014 | Declaration of Scott Folk, Dkt. 18-2 |
| Exhibit 108 | May | Letter from Plaintiffs Threatening Suit and Alleging Detections, Dated June 3, 2014 | Declaration of Scott Folk, Dkt. 18-2 |
| Exhibit 109 | May | 2014 Survey Data from Max Beeken | Declaration of Scott Folk, Dkt. 18-2 |

[1] Exhibit numbers designated as "open" are exhibits that have been previously marked and filed with the Court, as part of pretrial motions, but Defendants do not plan to offer at trial.

| Exhibit 110 | May | Letter to Plaintiffs from Defendants, Dated June 3, 2014. | Declaration of Scott Folk, Dkt. 18-2 |
|---|---|---|---|
| Exhibit 111 (open) | | | |
| Exhibit 112 | May | Minutes from Meeting with State Land Board, Dated December 10, 2013 | Declaration of Christopher T. Griffith, Dkt. 18-1 |
| Exhibit 113 | May | Resolution and Order of State Land Boards, Dated August 13, 2015 | Declaration of Christopher T. Griffith, Dkt. 18-1 |
| Exhibit 114 | May | Excerpts from Twenty-Fifth Annual Report of the State Forester to the Governor, for year ending December 31, 1935 | Declaration of Christopher T. Griffith, Dkt. 18-1 |
| Exhibit 115 | Expect | Excerpts from 2011 Elliot State Forest Management Plan | Declaration of Christopher T. Griffith, Dkt. 18-1 |
| Exhibit 116 | Expect | Comments Submitted by Coast Range Forest Watch Regarding Elliot State Forest Alternatives Project | Declaration of Christopher T. Griffith, Dkt. 18-1 |
| Exhibit 117 | Expect | CV of Dr. Leigh Ann Harrod Starcevich | Expert Disclosures |
| Exhibit 118 | Expect | CV of Dr. John M. Marzluff | Expert Disclosures |
| Exhibit 119 | Expect | CV of Dr. Falk Huettmann | Expert Disclosures |
| Exhibit 120 | Expect | CV of Dr. M. Dale Strickland | Expert Disclosures |
| Exhibit 121 | Expect | Examples of Nest Sites Found at Clayoqout Sound 2001-2002 | Expert Disclosures |
| Exhibit 122 | Expect | Examples of Nest Sites Found at Desolation Sound 1999-2001 | Expert Disclosures |

| | | | |
|---|---|---|---|
| Exhibit 123 | Expect | Study; Influence of Stand Structure, Proximity to Human Activity, and Forest Fragmentation on the Risk of Predation to Nests of Marbled Murrelets on the Olympic Peninsula | Expert Disclosures |
| Exhibit 124 | Expect | CV of Joel L. Thompson | Expert Disclosures |
| Exhibit 125 | Expect | 2015 Audio-Visual Survey Results from Benson Ridge | Expert Disclosures |
| Exhibit 126 | Expect | 2015 Marbled Murrelet Survey Results from Benson Ridge | Expert Disclosures |
| Exhibit 127 | Expect | 2016 Audio-Visual Survey Results from Benson Ridge | Expert Disclosures |
| Exhibit 128 | Expect | 2016 Marbled Murrelet Survey Results from Benson Ridge | Expert Disclosures |
| Exhibit 129 | Expect | Letter from Dr. Paul Henson to Scott Timber, Dated October 12, 2016 | Second Declaration of Scott Folk, Dkt. 59-2 |
| Exhibit 130 | Expect | Email from Dr. Paul Henson to Scott Folk, Dated October 27, 2016 | Second Declaration of Scott Folk, Dkt. 59-2 |
| Exhibit 131 | May | Petition to Initiate Rulemaking and Identify Resource Sites to Establish Inventory and Protect Existing Marbled Murrelet Sites | Declaration of Dominic M. Carollo, Dkt. 59-1 |

| | | | |
|---|---|---|---|
| Exhibit 132 | May | Petition to Uplist Marbled Murrelet from Threatened to Endangered Under Oregon's Endangered Species Act | Declaration of Dominic M. Carollo, Dkt. 59-1 |
| Exhibit 133 | May | Bargain and Sale Deed Conveying Benson Ridge to Scott Timber Co. | Declaration of Dominic M. Carollo, Dkt. 59-1 |
| Exhibit 134 | May | Supplemental Notice Letter from Plaintiffs, Dated February 12, 2018 | Declaration of Dominic M. Carollo, Dkt. 59-1 |
| Exhibit 135 | May | Excerpts from the Deposition Transcript of Max Beeken, Dated April 20, 2018 | Second Declaration of Dominic M. Carollo, Dkt. 67 |
| Exhibit 136 | May | Excerpts from the Deposition Transcript of Rosemary Francis Eatherington, Dated April 20, 2018 | Second Declaration of Dominic M. Carollo, Dkt. 67 |
| Exhibit 137 | May | Oregon Department of Forestry Map Showing Portion of Elliot State Forest | Second Declaration of Dominic M. Carollo, Dkt. 67 |
| Exhibit 138 | May | Excerpts from the Deposition Transcript of Clark McMahon, Dated April 20, 2018 | Third Declaration of Dominic M. Carollo, Dkt. 76-1 |

/ / /

/ / /

/ / /

/ / /

**B.** The following table identifies additional exhibits that Defendants reserve the right to offer at trial.

| Exhibit No. | | Description | Source in Record |
|---|---|---|---|
| Exhibit 139 | May | 2015 Photos from Survey Stations BR1 in Benson Ridge Central | Defendants' Response to Plaintiffs' First Request for Production |
| Exhibit 140 | May | 2015 Photos from Survey Stations BR6 in Benson Ridge Central | Defendants' Response to Plaintiffs' First Request for Production |
| Exhibit 141 | May | 2015 Photos from Survey Stations BR7 in Benson Ridge Central | Defendants' Response to Plaintiffs' First Request for Production |
| Exhibit 142 | Expect | 2015 Photos from Survey Stations BR8 in Benson Ridge Central | Defendants' Response to Plaintiffs' First Request for Production |
| Exhibit 143 | May | 2015 Photos from Survey Stations BR9 in Benson Ridge Central | Defendants' Response to Plaintiffs' First Request for Production |
| Exhibit 144 | May | 2015 Photos from Survey Stations BR10 in Benson Ridge Central | Defendants' Response to Plaintiffs' First Request for Production |
| Exhibit 145 | May | 2015 Photos from Survey Stations BR17 in Benson Ridge Central | Defendants' Response to Plaintiffs' First Request for Production |
| Exhibit 146 | May | 2015 Photos from Survey Stations BR20 in Benson Ridge Central | Defendants' Response to Plaintiffs' First Request for Production |
| Exhibit 147 | May | 2015 Photos from Survey Station BR13 in Benson Ridge Southeast | Defendants' Response to Plaintiffs' First Request for Production |
| Exhibit 148 | May | 2015 Photos from Survey Station BR15 in Benson Ridge Southeast | Defendants' Response to Plaintiffs' First Request for Production |

| | | | |
|---|---|---|---|
| Exhibit 149 | May | 2015 Photos from Survey Station BR19 in Benson Ridge Southeast | Defendants' Response to Plaintiffs' First Request for Production |
| Exhibit 150 | May | 2015 Photos from Survey Station BR21 in Benson Ridge Southeast | Defendants' Response to Plaintiffs' First Request for Production |
| Exhibit 151 | May | 2015 Photos from Survey Station BR22 in Benson Ridge Southeast | Defendants' Response to Plaintiffs' First Request for Production |
| Exhibit 152 | Expect | 2015 Photos from Survey Station BR23 in Benson Ridge Southeast | Defendants' Response to Plaintiffs' First Request for Production |
| Exhibit 153 | May | 2015 Photos from Survey Station BR2 in Benson Ridge North | Defendants' Response to Plaintiffs' First Request for Production |
| Exhibit 154 | May | 2015 Photos from Survey Station BR3 in Benson Ridge North | Defendants' Response to Plaintiffs' First Request for Production |
| Exhibit 155 | May | 2015 Photos from Survey Station BR4 in Benson Ridge North | Defendants' Response to Plaintiffs' First Request for Production |
| Exhibit 156 | May | 2015 Photos from Survey Station BR14 in Benson Ridge North | Defendants' Response to Plaintiffs' First Request for Production |
| Exhibit 157 | May | 2015 Photos from Survey Station BR15 in Benson Ridge North | Defendants' Response to Plaintiffs' First Request for Production |
| Exhibit 158 | May | 2015 Photos from Survey Station BR16 in Benson Ridge North | Defendants' Response to Plaintiffs' First Request for Production |
| Exhibit 159 | May | 2015 Photos from Survey Station BR18 in Benson Ridge North | Defendants' Response to Plaintiffs' First Request for Production |

| | | | |
|---|---|---|---|
| Exhibit 160 | May | 2015 Photos from Survey Station BR24 in Benson Ridge North | Defendants' Response to Plaintiffs' First Request for Production |
| Exhibit 161 | May | 2015 Photos from Survey Station BR27 in Benson Ridge North | Defendants' Response to Plaintiffs' First Request for Production |
| Exhibit 162 | May | 2015 Photos from Survey Station BR28 in Benson Ridge North | Defendants' Response to Plaintiffs' First Request for Production |
| Exhibit 163 | May | 2016 Photos from Survey Station BR6 in Benson Ridge Central | Defendants' Response to Plaintiffs' First Request for Production |
| Exhibit 164 | May | 2016 Photos from Survey Station BR10 in Benson Ridge Central | Defendants' Response to Plaintiffs' First Request for Production |
| Exhibit 165 | May | 2016 Photos from Survey Station BR2 in Benson Ridge North | Defendants' Response to Plaintiffs' First Request for Production |
| Exhibit 166 | May | 2016 Photos from Survey Station BR3 in Benson Ridge North | Defendants' Response to Plaintiffs' First Request for Production |
| Exhibit 167 | Expect | 2016 Photos from Survey Station BR11 in Benson Ridge West | Defendants' Response to Plaintiffs' First Request for Production |
| Exhibit 168 | Expect | 2016 Photos from Survey Station BR12 in Benson Ridge West | Defendants' Response to Plaintiffs' First Request for Production |
| Exhibit 169 | Expect | 5-Mile Radius Murrelet Detection Map no. 1 (CONFIDENTIAL) | Expert disclosures (Dr. Huettmann) |
| Exhibit 170 | Expect | 5-Mile Radius Murrelet Detection Map no. 2 (CONFIDENTIAL) | Expert disclosures (Dr. Huettmann) |

| | | | |
|---|---|---|---|
| Exhibit 171 | Expect | 5-Mile Radius Murrelet Detection Map no. 3 (CONFIDENTIAL) | Expert disclosures (Dr. Huettmann) |
| Exhibit 172 | Expect | Benson Tract Topo Map | STC 000359 |
| Exhibit 173 | Expect | Benson Tract Vicinity Map | STC 000366 |
| Exhibit 174 | Expect | Photos of Replanted Forests on Roseburg Resources Co. Properties | STC 001961-64 |
| Exhibit 175 | Expect | Photos of Roseburg Resources Co. Cleanup of Illegal Dumping | July 5, 2018 supplemental production |
| Exhibit 176 | Expect | Photos and Maps of BR8 Survey Station Location Prepared by Roseburg Resources Co. | STC 002061-64 |
| Exhibit 177 | Expect | Surveyor Report with Photos of BR23 Sub-Canopy Detections (2016) | STC 002052-60 |
| Exhibit 178 | Expect | Survey Report with Photo of BR12 Sub-Canopy Detection (2016) | Supplemental production |
| Exhibit 179 | Expect | Evans, Mack et al. (2003) | Expert Disclosures |
| Exhibit 180 | Expect | Falxa and Raphael (2016) | Expert Disclosures |
| Exhibit 181 | Expect | Golightly and Gabriel (2009) | Expert Disclosures |
| Exhibit 182 | Expect | Hebert and Golightly (2006) | Expert Disclosures |
| Exhibit 183 | May | Meyer et al. (2004) | Supplemental production |
| Exhibit 184 | May | ODFW (2018) | Expert Disclosures |
| Exhibit 185 | May | Ralph and Nelson (1992) | Expert Disclosures |
| Exhibit 186 | May | Ralph (2002) | Exhibit at Deposition of Dr. Falxa |
| Exhibit 187 | Expect | Raphael et al. (2018) | Expert Disclosures |

| | | | |
|---|---|---|---|
| Exhibit 188 | Expect | Zharikov et al. (2006) | Expert Disclosures |
| Exhibit 189 | May | Zharikov et al. (2007) | Expert Disclosures |
| Exhibit 190 | May | Nelson and Wilson (2002) | Expert Disclosures |
| Exhibit 191 | Expect | Pearson et al. (2018) | Expert Disclosures |
| Exhibit 192 | Expect | 2018 Video of BR8 Survey Station | Supplemental production |
| Exhibit 193 | Expect | Satellite Image / Map of Benson Ridge Area no. 1 (2018) | Expert Disclosures (Dr. Lank) |
| Exhibit 194 | Expect | Satellite Image / Map of Benson Ridge Area no. 2 (2018) | Expert Disclosures (Dr. Lank) |
| Exhibit 195 | Expect | Satellite Image / Map of Benson Ridge Area no. 3 (2018) | Expert Disclosures (Dr. Lank) |
| Exhibit 196 | Expect | Maps Referenced During Depositions of Dr. Golightly | Exhibit at Deposition of Dr. Golightly |
| Exhibit 197 | Expect | ODF Map of Elliott State Forest (2004) | Supplemental Disclosure |
| Exhibit 198 | Expect | DOI Guidance / Directive on Incidental Take Permits under ESA | Supplemental Disclosure |
| Exhibit 199 | Expect | Study of Survey Techniques (2001) | Expert Disclosures |
| Exhibit 200 | Expect | Study of Effects of Forest Fragmentation on Nest Predation (1999) | Expert Disclosures |
| Exhibit 201 | Expect | Photograph / Figure no. 1 from Thompson Supplemental Expert Disclosure | Supplemental Disclosure |

| | | | |
|---|---|---|---|
| Exhibit 202 | Expect | Photograph / Figure no. 2 from Thompson Supplemental Expert Disclosure | Supplemental Disclosure |
| Exhibit 203 | Expect | Photograph / Figure no. 3 from Thompson Supplemental Expert Disclosure | Supplemental Disclosure |
| Exhibit 204 | Expect | Photograph / Figure no. 4 from Thompson Supplemental Expert Disclosure | Supplemental Disclosure |
| Exhibit 205 | Expect | Photograph / Figure no. 5 from Thompson Supplemental Expert Disclosure | Supplemental Disclosure |
| Exhibit 206 | Expect | Stauffer, Ralph, & Miller (2002) | Exhibit at Deposition of Dr. Falxa |
| Exhibit 207 | Expect | Peer Reviewer Comments on Draft Status Report | Exhibit at Deposition of Dr. Falxa |
| Exhibit 208 | Expect | PSG's Letter to President Obama re: Elevating Murrelet ESA Status | Exhibit at Deposition of Dr. Falxa |

In addition to the pre-marked exhibits above, which are being mailed to the court on an electronic hard drive ("thumb drive"), Defendants reserve the right to offer any of the following documents, or categories of documents, if the need arises:

1. Any exhibits or other documents filed by Plaintiffs in this case.

2. Any document produced or disclosed by Plaintiffs in this case, including in expert disclosures.

3. Any document produced or disclosed by Defendants in this case.

4. Marbled Murrelet survey data forms maintained by WEST, Inc. and produced by Defendants in this case.

5. Any scientific report, study or other data or information disclosed with, or referenced in, the parties' expert disclosures (including any supplements thereto).

6. Any exhibit listed by Plaintiffs.

7. Any exhibit marked at any of the parties' depositions.

8. Any newly discovered evidence or information.

**DATED** this 13th day of July, 2018.

**YOCKIM CAROLLO LLP**

s/ Dominic M. Carollo
**Dominic M. Carollo,** OSB No. 093057
Email: dcarollo@yockimlaw.com
430 S.E. Main Street, P.O. Box 2456
Roseburg, Oregon 97470
Phone: (541) 957-5900
Fax: (541) 957-5923

Of Attorneys for Defendants Scott Timber Co., Roseburg Resources Co., and RLC Industries Co.

# CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2018, I served the foregoing **DEFENDANTS' PRETRIAL DISCLOSURES,** through the Court's Electronic Case Filing system on:

Nicholas Cady
Cascadia Wildlands
P.O. Box 10455
Eugene, OR 97440
Telephone: (541) 434-1463
Email: nick@cascwild.org

Brian P. Segee (*pro hac vice*)
Center for Biological Diversity
P.O. Box 1646
Ojal, CA 93024
Email: bsegee@biologicaldiversity.org

Daniel R. Kruse
Attorney at Law
101 East Broadway, Suite 130
Eugene, OR 97401
Telephone: (541) 870-0605
Email: dan@speakthelaw.com

Daniel C. Snyder
Law Offices of Charles M. Tubbutt, P.C.
941 Lawrence St.
Eugene, OR 97401
Email: dan@tebbuttlaw.com

**YOCKIM CAROLLO LLP**

s/ Dominic M. Carollo
Dominic M. Carollo, OSB No. 093057
Email: dcarollo@yockimlaw.com
Yockim Carollo LLP
P.O. Box 2456
Roseburg, OR 97470
Telephone: (541) 957-5900

Of Attorneys for Defendants Scott Timber Co., Roseburg Resources Co., and RLC Industries Co.