DANIEL R. KRUSE (OSB 064023)  　　　　　　　　　　　　　　　Hon. Ann L. Aiken
Daniel R. Kruse, Attorney at Law
101 East Broadway, Suite 130
Eugene, OR 97401
Phone: (541) 687-6788
Fax: (541) 345-3373
Email: dan@speakthelaw.com

*Attorney for Plaintiffs*
*Additional counsel for Plaintiffs listed below*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| **CASCADIA WILDLANDS, THE CENTER FOR BIOLOGICAL DIVERSITY**, and **AUDUBON SOCIETY OF PORTLAND,** | Case No.: 6:16-CV-01710-AA |
| Plaintiffs, | **PLAINTIFFS' FIRST SUPPLEMENTAL PRETRIAL DISCLOSURE** |
| v. | |
| **SCOTT TIMBER CO., ROSEBURG RESOURCES CO.,** and **RLC INDUSTRIES CO.,** | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 26(a)(3) and Fed. R. Civ. P. 32(a), Plaintiffs hereby provide the following supplemental pretrial disclosure. Specifically, Plaintiffs designate the attached transcript of the sworn deposition of Troy Rintz taken May 2, 2018. Plaintiffs' designations are highlighted in yellow and Defendants' designations are highlighted in green. The Parties have stipulated to the designation of this transcript, as provided, in lieu of requiring Mr. Rintz to appear in person to testify at trial.

Dated this 2nd day of August, 2018.

/s/ Daniel R. Kruse
DANIEL R. KRUSE (OSB 064023)
dan@speakthelaw.com
101 East Broadway, Suite 130
Eugene, OR 97401
(541) 687-6788
(541) 345-3373 (fax)

NICHOLAS S. CADY (OSB 113463)
nick@cascwild.org
Cascadia Wildlands
PO Box 10455
Eugene, Oregon 97455
(541) 434-1463
(541) 434-6494 (fax)

BRIAN P. SEGEE (*pro hac vice*)
bsegee@biologicaldiversity.org
Center for Biological Diversity
P.O. Box 1646
OjaI, CA 93024
(802) 750-8852

DANIEL C. SNYDER (OSB 105127)
dan@tebbuttlaw.com
Law Offices of Charles M. Tebbutt, PC
941 Lawrence St.
Eugene, OR 97401
(541) 344-3505
(541) 344-3516 (fax)

*Attorneys for Plaintiffs*

**PLAINTIFFS' FIRST SUPPLEMENTAL PRETRIAL DISCLOSURE**
Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2018 I served the foregoing **Plaintiffs' First Supplemental Pretrial Disclosure** on Defendants' counsel by using the Court's electronic filing and service system and by email at dcarollo@yockimlaw.com.

Dated this 2nd day of August, 2018.

/s/ Daniel R. Kruse

DANIEL R. KRUSE (OSB 064023)
dan@speakthelaw.com
101 East Broadway, Suite 130
Eugene, OR 97401
(541) 687-6788
(541) 345-3373 (fax)