DANIEL R. KRUSE (OSB 064023)
Daniel R. Kruse, Attorney at Law
101 East Broadway, Suite 130
Eugene, OR 97401
Phone: (541) 687-6788
Fax: (541) 345-3373
Email: dan@speakthelaw.com

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **CASCADIA WILDLANDS, THE CENTER FOR BIOLOGICAL DIVERSITY**, and **AUDUBON SOCIETY OF PORTLAND,**<br><br>Plaintiffs,<br><br>v.<br><br>**SCOTT TIMBER CO., ROSEBURG RESOURCES CO.,** and **RLC INDUSTRIES CO.,**<br><br>Defendants. | Case No.: 6:16-CV-01710-AA<br><br>**STIPULATED ORDER RE: FURTHER PROCEEDINGS** |

Before the Court is the parties' stipulated motion for an order regarding further proceedings. The Court has reviewed the stipulated motion and is fully informed. Based on the stipulation of the parties and for good cause shown, the stipulated motion is granted and the Court hereby orders the following:

**STIPULATED ORDER RE: FURTHER PROCEEDINGS - Page 1 of 3**

1.   **Schedule for trial**.  A bench trial will commence May 6, 2019 in the United States District Court for the District of Oregon in Eugene, Oregon.  Trial is expected to last five days.

2.   **Pre-trial deadlines and submissions.**  The parties have already submitted pretrial disclosures, objections, trial briefs, and a joint pretrial order.  Any supplemental pretrial disclosures shall be submitted by March 22, 2019.  The parties have stipulated that supplemental pretrial disclosures shall be limited in scope to (1) information related to Defendants' recent and ongoing maintenance of the Benson Ridge parcel, and (2) scientific papers or studies previously identified in expert reports.  Discovery in this matter, including expert discovery, is otherwise closed.  Motions in limine and objections to the supplemental pretrial disclosures shall be filed by April 3, 2019.  Responses to motions in limine or objections to the supplemental pretrial disclosures shall be filed by April 8, 2019.  A pretrial conference will be held on April 23, 2019 at 9:00 a.m. in the United States District Court for the District of Oregon in Eugene, Oregon.

3.   **Ground disturbing activities.**  Defendants shall not engage in the cutting or removing of trees within the Benson Ridge parcel before the Court reaches a final decision on the merits.

**IT IS SO ORDERED.**

The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

DATED _____.

_____
The Honorable Ann Aiken
United States District Judge

**STIPULATED ORDER RE: FURTHER PROCEEDINGS - Page 2 of 3**

**Motion and Stipulation:**

The parties hereby agree and stipulate to the foregoing and move the Court for entry of the proposed order regarding further proceedings.

Submitted this 1st day of March, 2019 by:

| | |
|---|---|
| /s/ Daniel R. Kruse<br>DANIEL R. KRUSE (OSB 064023)<br>dan@speakthelaw.com<br>101 East Broadway, Suite 130<br>Eugene, OR 97401<br>(541) 687-6788<br>(541) 345-3373 (fax)<br><br>NICHOLAS S. CADY (OSB 113463)<br>nick@cascwild.org<br>Cascadia Wildlands<br>PO Box 10455<br>Eugene, Oregon 97455<br>(541) 434-1463<br>(541) 434-6494 (fax)<br><br>BRIAN P. SEGEE (*pro hac vice*)<br>bsegee@biologicaldiversity.org<br>Center for Biological Diversity<br>P.O. Box 1646<br>OjaI, CA 93024<br>(802) 750-8852<br><br>DANIEL C. SNYDER (OSB 105127)<br>dan@tebbuttlaw.com<br>Law Offices of Charles M. Tebbutt, PC<br>941 Lawrence St.<br>Eugene, OR 97401<br>(541) 344-3505<br>(541) 344-3516 (fax)<br><br>*For Plaintiffs* | /s/ Dominic M. Carollo<br>DOMINIC M. CAROLLO (OSB 093057)<br>dcarollo@yockimlaw.com<br>Yockim Carollo LLP<br>430 SE Main Street<br>PO Box 2456<br>Roseburg, Oregon 97470<br>(541) 957-5900<br>(541) 957-5923 (fax)<br><br>*For Defendants* |