DANIEL R. KRUSE (OSB 064023)                         Hon. Ann L. Aiken
Daniel R. Kruse, Attorney at Law
101 East Broadway, Suite 130
Eugene, OR 97401
Phone: (541) 687-6788
Fax: (541) 345-3373
Email: dan@speakthelaw.com

*Attorney for Plaintiffs*
*Additional counsel for Plaintiffs listed below*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| **CASCADIA WILDLANDS, THE CENTER FOR BIOLOGICAL DIVERSITY**, and **AUDUBON SOCIETY OF PORTLAND,**<br><br>                           Plaintiffs,<br>v.<br><br>**SCOTT TIMBER CO., ROSEBURG RESOURCES CO.,** and **RLC INDUSTRIES CO.,**<br><br>                           Defendants. | Case No.: 6:16-CV-01710-AA<br><br>**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' SECOND SUPPLEMENTAL PRETRIAL DISCLOSURES** |

Plaintiffs' respectfully submit the following objections to Defendants' Second Supplemental Pretrial Disclosures (Dkt. No. 116). Plaintiffs reserve the right to object to any of Defendants' witnesses or exhibits not listed in Defendants' Second Supplemental Pretrial Disclosures.

**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' SECOND SUPPLEMENTAL PRETRIAL DISCLOSURES - Page 1 of 3**

**Exhibits 212 through 217**

Defendants' exhibits 212 through 217 are documents related to (1) illegal garbage dumping in or around the Benson Ridge parcel and (2) Defendants' cleanup efforts. Plaintiffs object to these exhibits on the grounds that they are not relevant and for the reasons set forth more fully in Plaintiffs' second Motion in Limine (Dkt. No. 97 at 5-9).

## CONCLUSION

For the reasons stated herein, Plaintiffs respectfully request that the Court exclude the aforementioned exhibits.

Dated this 3rd day of April, 2019.

/s/ Daniel R. Kruse
DANIEL R. KRUSE (OSB 064023)
dan@speakthelaw.com
101 East Broadway, Suite 130
Eugene, OR 97401
(541) 687-6788
(541) 345-3373 (fax)

NICHOLAS S. CADY (OSB 113463)
nick@cascwild.org
Cascadia Wildlands
PO Box 10455
Eugene, Oregon 97455
(541) 434-1463
(541) 434-6494 (fax)

BRIAN P. SEGEE (*pro hac vice*)
bsegee@biologicaldiversity.org
Center for Biological Diversity
P.O. Box 1646
OjaI, CA 93024
(802) 750-8852

DANIEL C. SNYDER (OSB 105127)
dan@tebbuttlaw.com
Law Offices of Charles M. Tebbutt, PC
941 Lawrence St.
Eugene, OR 97401

**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' SECOND SUPPLEMENTAL
PRETRIAL DISCLOSURES - Page 2 of 3**

(541) 344-3505
(541) 344-3516 (fax)

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2019 I served the foregoing **Plaintiffs' Objections to Defendants' Second Supplemental Pretrial Disclosures** on Defendants' counsel by using the Court's electronic filing and service system.

Dated this 3rd day of April, 2019.

/s/ Daniel R. Kruse

DANIEL R. KRUSE (OSB 064023)
dan@speakthelaw.com
101 East Broadway, Suite 130
Eugene, OR 97401
(541) 687-6788
(541) 345-3373 (fax)