IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

CASCADIA WILDLANDS, et al,

       Plaintiffs,

  v.

SCOTT TIMBER CO., et al,

       Defendants.

6:16-cv-01710-AA
**ORDER TO RETAIN CUSTODY OF EXHIBITS**

AIKEN, District Judge.

    IT IS ORDERED that at the conclusion of the trial, counsel for the parties retain custody of their respective exhibits until such time as all need for the exhibits has terminated.

    DATED this 10th day of May, 2019.

                                      Ann Aiken
                                United States District Judge

**SO STIPULATED.**

Daniel R. Kruse
Attorney for Plaintiffs

Dominic M. Carollo
Attorney for Defendants