IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| CASCADIA WILDLANDS, THE CENTER FOR BIOLOGICAL DIVERSITY, and AUDUBON SOCIETY OF PORTLAND,<br><br>    Plaintiffs,<br><br>v.<br><br>SCOTT TIMBER CO., ROSEBURG RESOURCES CO., and RLC INDUSTRIES CO.,<br><br>    Defendants. | Case No. 6:16-cv-01710-AA<br><br>**JUDGMENT** |

Aiken, District Judge:

As set forth in the accompanying Order, judgment is entered for Plaintiffs. A permanent injunction is GRANTED.

It is so ORDERED and DATED this ___28th___ day of June 2022.

/s/Ann Aiken
ANN AIKEN
United States District Judge

Page 1 – JUDGMENT