**Dominic M. Carollo,** OSB No. 093057  
Email: dcarollo@carollolegal.com  
Carollo Law Group LLC  
Mail:  P.O. Box 2456  
        Roseburg, OR 97470  
Office: 2315 Old Highway 99 South  
        Roseburg, OR 97471  
Tel:   (541) 957-5900

Hon. Ann L. Aiken

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **CASCADIA WILDLANDS, THE CENTER FOR BIOLOGICAL DIVERSITY**, and **AUDUBON SOCIETY OF PORTLAND**,<br><br>           Plaintiffs,<br><br>  v.<br><br>**SCOTT TIMBER CO**., **ROSEBURG RESOURCES CO.,** and **RLC INDUSTRIES CO**.,<br><br>           Defendants. | Case No. 6:16-CV-01710-AA<br><br>**JOINT STATUS REPORT** |

      Plaintiffs filed a motion for costs and attorneys' fees, ECF No. 146, and the parties agreed and stipulated to stay proceedings on that motion pending the outcome of any post-trial motions and appeals. ECF No. 149. Pursuant to the stipulation of the parties, the Court stayed proceedings on Plaintiffs' motion for costs and attorneys' fees and directed the parties to submit a joint status report on or before October 14, 2022. ECF No. 155.

Page **1** – **JOINT STATUS REPORT**

Defendants subsequently filed a notice of appeal, ECF No. 159, and the parties submitted a joint status report, ECF 160, requesting that the Court enter an order (1) continuing the stay of proceedings on Plaintiffs' motion for costs and attorneys' fees, and (2) directing the parties to submit a joint status report on or before October 13, 2023 or 14 days from the final disposition of the appeal, whichever is sooner.  The Court did so. ECF No. 161.

Defendants' appeal has now been fully briefed to the Ninth Circuit and the parties were recently informed that the appeal is being considered for oral argument in February, 2024.  In light of the foregoing, the parties jointly request that Plaintiffs' Motion for Costs and Attorneys' Fees remain stayed pending final disposition of the appeal. The Parties propose that the Court enter an order requiring a joint status report to be filed by 10/11/2024 or 14 days from the final disposition of the appeal, whichever is sooner

**DATED** this 9th day of October, 2023.

s/ Dominic M. Carollo
**Dominic M. Carollo,** OSB No. 093057
Email: dcarollo@carollolegal.com
Of Attorneys for Defendants


s/ Daniel R. Kruse
**Daniel R. Kruse**, OSB No. 064023
Email: dan@speakthelaw.com
Daniel R. Kruse, Attorney at Law
101 East Broadway, Suite 130
Eugene, OR 97401
Phone: (541) 687-6788
Fax: (541) 345-3373

Of Attorneys for Plaintiffs