UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 17 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CASCADIA WILDLANDS; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> SCOTT TIMBER CO.; et al., <br><br> Defendants - Appellants. | No. 22-35764 <br><br> D.C. No. 6:16-cv-01710-AA <br> U.S. District Court for Oregon, Eugene <br><br> **MANDATE** |

The judgment of this Court, entered June 26, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellants in the amount of $107.80.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT