DANIEL R. KRUSE (OSB 064023)
Daniel R. Kruse, Attorney at Law
101 East Broadway, Suite 130
Eugene, OR 97401
Phone: (541) 687-6788
Fax: (541) 345-3373
Email: dan@speakthelaw.com

*Attorney for Plaintiffs*

Hon. Ann L. Aiken

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# EUGENE DIVISION

| | |
|---|---|
| **CASCADIA WILDLANDS, THE CENTER FOR BIOLOGICAL DIVERSITY**, and **AUDUBON SOCIETY OF PORTLAND**,<br><br>Plaintiffs,<br><br>v.<br><br>**SCOTT TIMBER CO., ROSEBURG RESOURCES CO.,** and **RLC INDUSTRIES CO.**,<br><br>Defendants. | Case No.: 6:16-CV-01710-AA<br><br>**JOINT STATUS REPORT** |

Plaintiffs and Defendants submit this joint status report in compliance with the court's August 19, 2024 scheduling order, ECF No. 180.

Plaintiffs previously submitted a motion for costs and attorney fees, ECF No. 146, and the parties stipulated to stay proceedings on that motion pending the outcome of any post-trial motions and appeals. ECF No. 149. The court granted the motion for a stay of proceedings and,

**JOINT STATUS REPORT - Page 1 of 3**

at various times, has continued the stay of proceedings at the parties' request. ECF Nos. 150, 155, 161, 175, 178, 180. Most recently, the court directed the parties to file a joint status report within 14 days of the final disposition of the Defendants' petition for rehearing *en banc*. ECF No. 180.

On September 9, 2024, the court of appeals entered an order denying Defendants' petition for rehearing *en banc.* In the same order, the court of appeals granted Plaintiffs' unopposed motion to transfer consideration of attorney fees and costs on appeal to the district court. *See* Ninth Circuit Rule 39-1.8.

The parties have conferred further since the denial of the petition for rehearing *en banc.* Defendants have indicated that they are still considering whether to submit a petition for certiorari to the United States Supreme Court. While Defendants have 90 days (from September 9, 2024) to submit such a petition, Defendants anticipate making a final decision within the next two to three weeks. Once Defendants have finalized this decision, the parties would like one additional week to confer before providing this court with a further status report and a proposed schedule of proceedings.

Consistent with Ninth Circuit Rule 39-1.8 and the court of appeals' September 9, 2024 order, the parties are in agreement that the question of costs and attorney fees on appeal is now properly before this court. To avoid duplicative proceedings, the parties agree that the issue of costs and attorney fees on appeal should be consolidated with the existing motion for costs and attorney fees that Plaintiffs filed with this court. The combined motion for costs and fees (at both the trial court and on appeal) should continue to be stayed until the parties provide a further status report to the court. The parties agree that, at the appropriate time, Plaintiffs should be permitted to amend their existing motion to include costs and fees on appeal.

In light of the foregoing, the parties request that the Court enter an order (1) consolidating costs and fees on appeal with the motion for costs and fees now pending before this court, and authorizing Plaintiffs to amend their motion at the appropriate time to include costs and attorney fees on appeal, (2) continuing the stay of proceedings on the now-consolidated motion for costs and attorney fees, and (3) directing the parties to submit a joint status report on or before October 18, 2024.

Respectfully Submitted this 19th day of September, 2024.

| | |
|---|---|
| /s/ Daniel R. Kruse | Dominic M. Carollo |
| DANIEL R. KRUSE (OSB 064023) | DOMINIC M. CAROLLO (OSB 093057) |
| dan@speakthelaw.com | dcarollo@carollolegal.com |
| 101 East Broadway, Suite 130 | Carollo Law Group LLC |
| Eugene, OR 97401 | PO Box 2456 |
| (541) 687-6788 | Roseburg, Oregon 97470 |
| (541) 345-3373 (fax) | (541) 957-5900 |
| | (541) 957-5923 (fax) |
| *For Plaintiffs* | |
| | *For Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2024 I served the foregoing **Joint Status Report** on Defendants' counsel through the Court's electronic filing and service system.

Dated this 19th day of September, 2024.

/s/ Daniel R. Kruse
DANIEL R. KRUSE (OSB 064023)
dan@speakthelaw.com
101 East Broadway, Suite 130
Eugene, OR 97401
(541) 687-6788
(541) 345-3373 (fax)