DANIEL R. KRUSE (OSB 064023)
Daniel R. Kruse, Attorney at Law
101 East Broadway, Suite 130
Eugene, OR 97401
Phone: (541) 687-6788
Fax: (541) 345-3373
Email: dan@speakthelaw.com

*Attorney for Plaintiffs*

Hon. Ann L. Aiken

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# EUGENE DIVISION

| | |
|---|---|
| **CASCADIA WILDLANDS, THE CENTER FOR BIOLOGICAL DIVERSITY**, and **AUDUBON SOCIETY OF PORTLAND**,<br><br>Plaintiffs,<br><br>v.<br><br>**SCOTT TIMBER CO., ROSEBURG RESOURCES CO.,** and **RLC INDUSTRIES CO.,**<br><br>Defendants. | Case No.: 6:16-CV-01710-AA<br><br>**JOINT STATUS REPORT** |

Plaintiffs and Defendants submit this joint status report in compliance with the court's October 21, 2024 scheduling order, ECF No. 186.

Since submitting their previous joint status report (ECF No. 185), the parties have conferred further about the pending motion for costs and attorney fees. Based on these conversations, the parties believe that there may be an opportunity to resolve the issue of costs

**JOINT STATUS REPORT - Page 1 of 2**

and attorney fees without involving the court in further litigation. The parties are requesting approximately one month of additional time to attempt to reach a settlement agreement.

In light of the foregoing, the parties request that the Court enter an order directing the parties to submit a joint status report on or before December 6, 2024.

Respectfully submitted this 31st day of October, 2024.

| | |
|---|---|
| /s/ Daniel R. Kruse | /s/ Dominic M. Carollo |
| DANIEL R. KRUSE (OSB 064023) | DOMINIC M. CAROLLO (OSB 093057) |
| dan@speakthelaw.com | dcarollo@carollolegal.com |
| 101 East Broadway, Suite 130 | Carollo Law Group LLC |
| Eugene, OR 97401 | PO Box 2456 |
| (541) 687-6788 | Roseburg, Oregon 97470 |
| (541) 345-3373 (fax) | (541) 957-5900 |
| | (541) 957-5923 (fax) |
| *For Plaintiffs* | |
| | *For Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2024 I served the foregoing **Joint Status Report** on Defendants' counsel through the Court's electronic filing and service system.

Dated this 31st day of October, 2024.

/s/ Daniel R. Kruse
DANIEL R. KRUSE (OSB 064023)
dan@speakthelaw.com
101 East Broadway, Suite 130
Eugene, OR 97401
(541) 687-6788
(541) 345-3373 (fax)

**JOINT STATUS REPORT - Page 2 of 2**