DANIEL R. KRUSE (OSB 064023)
Daniel R. Kruse, Attorney at Law
101 East Broadway, Suite 130
Eugene, OR 97401
Phone: (541) 687-6788
Fax: (541) 345-3373
Email: dan@speakthelaw.com

*Attorney for Plaintiffs*

Hon. Ann L. Aiken

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| **CASCADIA WILDLANDS, THE CENTER FOR BIOLOGICAL DIVERSITY**, and **AUDUBON SOCIETY OF PORTLAND,** | Case No.: 6:16-CV-01710-AA |
| Plaintiffs, | **JOINT STATUS REPORT** |
| v. | |
| **SCOTT TIMBER CO., ROSEBURG RESOURCES CO.,** and **RLC INDUSTRIES CO.,** | |
| Defendants. | |

Plaintiffs and Defendants submit this joint status report in compliance with the court's October 31, 2024 scheduling order, ECF No. 188.

Since submitting their previous joint status report (ECF No. 187), the parties have made good-faith efforts to attempt to settle the pending motion for costs and attorney fees. The parties have not reached an agreement, but are interested in continuing to engage in settlement

**JOINT STATUS REPORT - Page 1 of 2**

discussions. The parties are therefore requesting approximately two weeks of additional time to attempt to reach a settlement agreement.

In light of the foregoing, the parties request that the Court enter an order directing the parties to submit a joint status report on or before December 19, 2024.

Respectfully submitted this 3rd day of December, 2024.


/s/ Daniel R. Kruse                                     /s/ Dominic M. Carollo
DANIEL R. KRUSE (OSB 064023)                DOMINIC M. CAROLLO (OSB 093057)
dan@speakthelaw.com                              dcarollo@carollolegal.com
101 East Broadway, Suite 130                     Carollo Law Group LLC
Eugene, OR 97401                                   PO Box 2456
(541) 687-6788                                       Roseburg, Oregon 97470
(541) 345-3373 (fax)                                (541) 957-5900
                                                        (541) 957-5923 (fax)

*For Plaintiffs*
                                                        *For Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2024 I served the foregoing **Joint Status Report** on Defendants' counsel through the Court's electronic filing and service system.

Dated this 3rd day of December, 2024.

/s/ Daniel R. Kruse
DANIEL R. KRUSE (OSB 064023)
dan@speakthelaw.com
101 East Broadway, Suite 130
Eugene, OR 97401
(541) 687-6788
(541) 345-3373 (fax)