DANIEL R. KRUSE (OSB 064023)                                Hon. Ann L. Aiken
Daniel R. Kruse, Attorney at Law
101 East Broadway, Suite 130
Eugene, OR 97401
Phone: (541) 687-6788
Fax: (541) 345-3373
Email: dan@speakthelaw.com

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **CASCADIA WILDLANDS, THE CENTER FOR BIOLOGICAL DIVERSITY**, and **AUDUBON SOCIETY OF PORTLAND,** | Case No.: 6:16-CV-01710-AA |
| Plaintiffs, | **JOINT STATUS REPORT** |
| v. | |
| **SCOTT TIMBER CO., ROSEBURG RESOURCES CO.,** and **RLC INDUSTRIES CO.,** | |
| Defendants. | |

Plaintiffs and Defendants submit this joint status report in compliance with the court's December 4, 2024 scheduling order, ECF No. 190.

The parties have reached an agreement to settle the pending motion for costs and attorney fees in this litigation, which resolves all of Plaintiffs' claims for costs and attorney fees in both

**JOINT STATUS REPORT - Page 1 of 3**

the district court proceedings and on appeal. The parties have agreed that the terms of the settlement agreement shall remain confidential.

Once Defendants have fully complied with their obligations under the settlement agreement, Plaintiffs will withdraw their motion for attorney fees and costs and file a notice of satisfaction of any pending judgment or order for costs entered against Defendants in the litigation. The parties anticipate that this will be completed before the end of January 2025.

In light of the foregoing, the parties request that the Court enter an order directing the parties to submit either the withdrawal/satisfaction documents described above or a joint status report on or before January 31, 2025.

Respectfully submitted this 16th day of December, 2024.

/s/ Daniel R. Kruse
DANIEL R. KRUSE (OSB 064023)
dan@speakthelaw.com
101 East Broadway, Suite 130
Eugene, OR 97401
(541) 687-6788
(541) 345-3373 (fax)

*For Plaintiffs*

/s/ Dominic M. Carollo
DOMINIC M. CAROLLO (OSB 093057)
dcarollo@carollolegal.com
Carollo Law Group LLC
PO Box 2456
Roseburg, Oregon 97470
(541) 957-5900
(541) 957-5923 (fax)

*For Defendants*

**JOINT STATUS REPORT - Page 2 of 3**

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2024 I served the foregoing **Joint Status Report** on Defendants' counsel through the Court's electronic filing and service system.

Dated this 16th day of December, 2024.

/s/ Daniel R. Kruse
DANIEL R. KRUSE (OSB 064023)
dan@speakthelaw.com
101 East Broadway, Suite 130
Eugene, OR 97401
(541) 687-6788
(541) 345-3373 (fax)
