IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

**CASCADIA WILDLANDS, et al.,**         Civ. No. 6:16-cv-01710-AA

    Plaintiffs,                      **OPINION AND ORDER**

v.

**SCOTT TIMBER CO. et al.,**

    Defendants.

_____

AIKEN, District Judge:

    The Court has received a Joint Status Report from the Parties representing that the case has been fully resolved. The Court commends the Parties for working together to bring this longstanding case to a close.

    Dated this 17th day of January 2025.

                                      /s/Ann Aiken

                                      Ann Aiken
                           United States District Judge

Page 1 – OPINION AND ORDER